**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-81264-CV-MIDDLEBROOKS

JONATHAN A. PASTORE,

    Plaintiff,

v.

GT MARKETING GROUP USA, INC.,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER VENUE

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Transfer Venue, filed on August 30, 2021. (DE 9). Defendant seeks transfer for the convenience of the parties and potential witnesses because Defendant and relevant records are located in the Middle District of Florida. *Id.*

Title 28 United States Code § 1404 authorizes district courts to transfer any civil action "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). Because the Parties consent to transfer and the Middle District of Florida presents a more convenient forum, I agree with the Parties that transfer is appropriate.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Defendant's Motion to Transfer Venue (DE 9) is **GRANTED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 3 day of September, 2021.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record